

# United States District Court

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| N. A.<br><br>Petitioner,<br>V.<br><br>See Attachment<br><br>Respondent. | Civil Action No.  25-cv-02384-RSH-BLM<br><br><br><br>**JUDGMENT IN A CIVIL CASE** |

**Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED:

The Petition for Writ of Habeas Corpus is granted pursuant to 8 USC 2241.

Date:  10/21/25

CLERK OF COURT
**JOHN MORRILL, Clerk of Court**
By:  s/ S. Nyamanjiva

S. Nyamanjiva, Deputy

# United States District Court

**SOUTHERN DISTRICT OF CALIFORNIA**

(ATTACHMENT)

**Civil Action No.<u>25-cv-02384-RSH-BLM</u>**

Christopher J. LaRose, Senior Warden, Otay Mesa Detention Center;

Patrick Divver, Field Office Director, San Diego Office of Detention and Removal, U.S. Immigration and Customs Enforcement;

Todd M. Lyons, Acting Director, U.S. Immigration and Customs Enforcement, U.S. Department of Homeland Security;

Kristi Noem, Secretary, U.S. Department of Homeland Security